UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASTRID BICKERS, ET AL.,
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED,

               **Plaintiffs,**

-vs-                                           Case No. 6:07-cv-2002-Orl-28KRS

WINN DIXIE STORES, INC.,

               **Defendant.**

_____

## ORDER

This case is before the Court on Debtor's Motion to Transfer Proceeding to Jacksonville Division (Doc. No. 5) filed December 26, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 14, 2008 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Debtor's Motion to Transfer Proceeding to Jacksonville Division is **GRANTED**. The Clerk is directed to transfer this case to the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division as an adversary proceeding in the Case of Winn-Dixie Stores, Inc., Case No. 05-03817 and to thereafter close this file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this ____6____ day of February, 2008.

                                                      JOHN ANTOON II  
                                                      United States District Judge

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party